*Judge Buchwald*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           : INDICTMENT

        -v.-                            : 07 Cr.

TONY GRAY,                              **07 CRIM.   792**

               Defendant.
- - - - - - - - - - - - - - - - - -x

## COUNT ONE

(Copyright Infringement)

The Grand Jury charges:

1. From in or about May 2006 through and including in or about June 2007, in the Southern District of New York and elsewhere, TONY GRAY, the defendant, did infringe the copyright of copyrighted works for purposes of commercial advantage and private financial gain, and by the reproduction and distribution, including by electronic means, during a 180-day period, of ten and more copies of one and more copyrighted works which have a total retail value of more than $2,500, to wit, in or about June 2007, GRAY sold, and attempted to sell, at least ten pirated versions of copyrighted software applications that had a total retail value in excess of $2,500.

(Title 17, United States Code, Section 506(a)(1)(A) and (B) and
     Title 18, United States Code, Section 2319).

_____          _____
Foreperson                          MICHAEL J. GARCIA
                                    United States Attorney