ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :     **ORDER**

     - v. -                          :     07 Cr. 792

TONY GRAY,                        :
               Defendant.
                                  :
- - - - - - - - - - - - - - - - - - - - x

       Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Carrie H. Cohen;

       It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

       ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
      September 13, 2007

                                      _____
                                      UNITED STATES MAGISTRATE JUDGE

                                        DOUGLAS F. EATON
                                   UNITED STATES MAGISTRATE JUDGE
                                   SOUTHERN DISTRICT OF NEW YORK