

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 25, 2007

**By Fax 212 805-7927**
Honorable Naomi Reice Buchwald
United States District Judge
500 Pearl Street
New York, New York 10007

    Re:   <u>United States</u> v. <u>Tony Gray</u>, 07 Cr. 792 (NRB)

Dear Judge Buchwald:

    The Government respectfully writes with the consent of the defendant to request an adjournment of the first status conference, which is currently set for Wednesday, September 26, 2007, until Friday, October 5, 2007 at 4 p.m. This additional time will enable the parties to continue discussions about a possible disposition and entry of a guilty plea at the first conference.

    If the Court grants this request, the Government further requests that the Court exclude time from Speedy Trial Act calculation until the date of the next conference to allow the parties to continue discussions a possible pretrial disposition of this matter.

                   Respectfully submitted,

                   MICHAEL J. GARCIA
                   United States Attorney

By:                     
           Nicholas S. Goldin
           Assistant United States Attorney
           (212) 637-2334

cc:    Phil Weinstein, Esq.
       212 571 0392 (fax)

*[Handwritten notations: "Application granted. So Ordered. Naomi Reice Buchwald, USDJ 9/26/07"]*