```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :      WAIVER OF INDICTMENT
                                    :
            -v.-                    :      S1 07 Cr. 792 (NRB)
                                    :
YURIY GLADKIKH,                     :
a/k/a "Tony Gray,"                  :
                                    :
            Defendant.              :
- - - - - - - - - - - - - - - - - -x
```

        The above-named defendant, who is accused of violating Title 17, United States Code, Section 506(a)(1)(A) and Title 18, United States Code, Sections 2319 and 2, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Phil Weinstein, Esq.
Counsel for Defendant

Date: New York, New York
      October 4, 2007

0202