```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
                                  :
UNITED STATES OF AMERICA          :    INFORMATION
                                  :
          -v.-                    :    S1 07 Cr. 792 (NRB)
                                  :
YURIY GLADKIKH,                   :
a/k/a "Tony Gray,"                :
                                  :
          Defendant.              :
- - - - - - - - - - - - - - - - -x
```

## COUNT ONE

### (Copyright Infringement)

The United States Attorney charges:

1. From in or about May 2006 through and including in or about September 2007, in the Southern District of New York and elsewhere, YURIY GLADKIKH a/k/a "Tony Gray," the defendant, unlawfully, willfully, and knowingly did infringe the copyright of copyrighted works for purposes of commercial advantage and private financial gain, and by the reproduction and distribution, including by electronic means, during a 180-day period, of ten and more copies of one and more copyrighted works which have a total retail value of more than $2,500, to wit, in or about June 2007, GLADKIKH sold, and attempted to sell, at least ten pirated versions of copyrighted

software applications that had a total retail value in excess of $2,500.

(Title 17, United States Code, Section 506(a)(1)(A) and (B) and Title 18, United States Code, Section 2319).

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney