

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/07
```

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

November 28, 2007

By Fax 212 805 7927
Honorable Naomi Reice Buchwald
United States District Judge
500 Pearl Street
New York, New York 10007

    Re:    United States v. Yuriy Gladkikh a/k/a "Tony Gray"
             S1 07 Cr. 792 (NRB)

Dear Judge Buchwald:

    The Government respectfully moves to dismiss the open counts in the underlying indictment 07 Cr. 792. The defendant pled guilty to and was sentenced under superseding information S1 07 Cr. 792.

*So Ordered,*
*Naomi Reice Buchwald*
*USDJ*
*11/29/07*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Nicholas S. Goldin
Assistant United States Attorney
(212) 637-2334

cc:    Phil Weinstein, Esq. (by fax)